LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-6782 GAF (AJWx) | Date | July 11, 2014 |
|---|---|---|---|
| Title | Mata v. City of Los Angeles, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** |
|---|---|

| Stephen Montes Kerr | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers)**

### ORDER RE: TRIAL SCHEDULE

    The Court has received and reviewed the parties' joint statement regarding the status of this lawsuit. Based on that submission, the case is set for trial according to the attached schedule. The parties will also receive a scheduling and case management order from the Court that describes the obligations of counsel in the conduct of pre-trial proceedings and the preparation of the case for trial. The parties should note that the Court is not consolidating this case with the Alaniz matter.

    **IT IS SO ORDERED.**

# JUDGE GARY ALLEN FEESS
## SCHEDULE OF TRIAL AND PRETRIAL DATES[1]

| Matter | Time | Weeks before trial | Plaintiff(s) (Request) | Defendant(s) (Request) | Court Order |
|---|---|---|---|---|---|
| Trial (jury) (court) Estimated length: ___ days | 8:30 am | | | | 2/3/15 |
| [Jury trial] Hearing on Motions in Limine; Hearing on Disputed Jury Instructions | | -1 | | | 1/26/15 |
| [Court trial] File Findings of Fact and Conclusions of Law; Hearing on Motions in Limine | | -1 | | | 1/26/15 |
| Pretrial Conference; Motions in Limine to be filed; Proposed Voir Dire Qs Lodged and Agreed-to Statement of Case | 3:30 pm | -4 | | | 1/5/15 |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit & Witness Lists; File Status Report re Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc. | | -6 | | | 12/15/14 |
| Last date to conduct Settlement Conference | | -8 | | | / |
| Last day for hearing motions | 9:30 a.m. | -9 | | | 11/24/14 |
| Discovery cut-off [Note: Expert disclosure no later than 70 days prior to this date.] | | -10 | | | 11/17/14 |
| Last to Amend Pleadings or Add Parties | | | | | / |

---

[1] Review the Court's Order re "Rule 26(f) Scheduling Conference" to be sure of the meaning of these terms. S:\GAF\Forms\Scheduling Order [Rev. 3/11]